# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANGEL RAFAEL LORENZANA,
      Appellant,
    vs.
THE STATE OF NEVADA,
      Respondent.

No. 78970

**FILED**

JUL 0 9 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported order denying a petition for writ of habeas corpus. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

A review of the district court docket and minute entries does not indicate that a petition for writ of habeas corpus was filed in the underlying case. Further, it does not appear that the district court has entered any appealable order since the judgment of conviction was filed on November 14, 2018. Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Cadish

 

cc: Hon. Michael Villani, District Judge
Angel Rafael Lorenzana
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk